UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GERRY M. CARGILE; D.A.P. IMPORTS, INC.; and DOES 1-10,<br><br>    Defendants. | No. 2:14-cv-1109-KJM-EFB<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations by counsel for the parties at a Settlement Conference conducted in chambers on December 11, 2014, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than sixty (60) days from the filing date of this order.

All hearing dates heretofore set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: December 11, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE