UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SCOTT JOHNSON**,

    Plaintiff,

v.

**GERRY M CARGILE; D.A.P. IMPORTS, INC.,** a California Corporation; and Does 1-10,

    Defendants

**Case No**. 2:14-CV-01109-KJM-EFB

[~~PROPOSED~~] ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS

    Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants GERRY M CARGILE; D.A.P. IMPORTS, INC., a California Corporation ("Defendants") hereby stipulate to extend the deadline to file the dispositional documents to March 19, 2015.

    IT IS SO ORDERED.

Dated: March 4, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

~~Proposed~~ Order                                                               2:14-CV-01109-KJM-EFB